IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DAVID C. PETERSEN AND
    PATRICE PETERSON
    Debtors

02-MC-172

DAVID C. PETERSON AND
PARTICE PETERSON

    VS.

THE CHASE MANHATTAN BANK
as trustee by its serving agent
Ocwen Federal Bank FSB

<u>ORDER</u>

WEINER, J.                                                                 OCTOBER 24, 2002

    The motion for leave to appeal is DENIED as moot.

    IT IS SO ORDERED.

                              CHARLES R. WEINER