IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiffs,<br><br>vs.<br><br>VELMA PATTERSON, et al,<br><br>    Defendant. | CIVIL ACTION NO.: 02-172-01-37<br><br>**CONSENT ORDER AS TO FORFEITURE OF 814 PLEASANT ROAD, YEADON, PENNSYLVANIA** |

Counsel for the government and the defendant hereby stipulate and agree that the defendant Velma Patterson's home at 814 Pleasant Road, Yeadon, Pennsylvania should be excluded from the forfeitures otherwise ordered by the court in this case.

**AGREED TO:**

_____
Edward F. Borden, Jr. (EB0080)
Attorney for Defendant, Velma Patterson
1725 Spruce Street
Philadelphia, PA 19103
(215) 963-9520
Fax: (856) 385-7060

**AGREED TO:**

_____
Richard A. Lloret
Attorney for Government
Department of Justice
Eastern District of Pennsylvania
615 Chestnut Street - Suite 1250
Philadelphia, PA 19106

**SO ORDERED:**

_____
Dalzell, J.